IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NOVA CASUALTY COMPANY, | ) | electronically filed |
| | ) | December 3, 2004 |
| Plaintiff, | ) | |
| | ) | No. 04-1665C |
| v. | ) | (Judge Lettow) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Dawn S. Conrad as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

s/Dawn S. Conrad

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _3rd_ day of December 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

s/ Dawn S. Conrad