IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NOVA CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1665C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant United States respectfully requests a 30-day enlargement of time, to and including February 9, 2005, to file a response to the complaint. Our response is currently due on January 10, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel was contacted by phone and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Coast Guard ("USCG"), as required by 28 U.S.C. § 520. Upon receipt of the complaint, defendant's counsel promptly sent a copy to the USCG with a request for a litigation report pursuant to 28 U.S.C. § 520. Agency counsel has informed the undersigned counsel of

record that because of an extremely heavy workload, he will be unable to provide us with a litigation report by January 10, 2005. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including, February 9, 2005, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202)307-1011

electronically filed
January 6, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad