IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NOVA CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1665C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant United States respectfully requests a 30-day enlargement of time, to and including March 11, 2005, to file a response to the complaint. Our response is currently due on February 9, 2005. This is defendant's second request for an enlargement of time for this purpose. Plaintiff's counsel was contacted by phone and does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant just received the litigation report from the interested agency, the United States Coast Guard ("USCG"), as required by 28 U.S.C. § 520. Furthermore, the undersigned counsel of record will be out of the office from February 8 through February 17, attending a training seminar at the National Advocacy Center. The additional time is necessary to to review

the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 30 days, to and including, March 11, 2005, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
by Robert E. Kirschman, Jr.
JAMES M. KINSELLA
Deputy Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202)307-1011

electronically filed
February 4, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad