IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: February 8, 2005)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed on February 4, 2005. The defendant's response to plaintiff's complaint is currently due on or before February 9, 2005. Defendant requests an additional thirty days in which to file its response. For good cause shown, defendant's motion for enlargement is GRANTED. Defendant shall file its response to plaintiff's complaint on or before March 11, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge