COURTESY COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OCT 25 ...

METRON ENVIRONMENTAL LIMITED,

Plaintiff,

v.

EAGLE MANAGEMENT ENTERPRISES, INC., and NOVA CASUALTY COMPANY,

Defendants and Counterclaimants.

NOVA CASUALTY COMPANY,

Third-Party Plaintiff,

v.

UNITED STATES COAST GUARD,

Third-Party Defendant.

Civil Action No. CV-03-1952
(Sifton, J.)
(Pollak, M.J.)

**STIPULATION AND ORDER OF DISMISSAL OF THIRD-PARTY COMPLAINT**

FILED
IN CLERKS OFFICE
U.S. DISTRICT CO... N.Y.
★ NOV 5 2004 ★
P.M.
TIME A.M.

WHEREAS, Nova Casualty Company has filed a third-party complaint against the United States Coast Guard in the above-captioned matter;

WHEREAS, Nova Casualty Company's third-party complaint alleges causes of actions for indemnification and breach of contract arising from a procurement contract between the United States Coast Guard and Eagle Management Enterprises;

WHEREAS, the procurement contract between the United States Coast Guard and Eagle Management Enterprises constitutes a contract covered by the Contract Disputes Act, 41 U.S.C. § 601 et seq.;

WHEREAS, Nova Casualty Company's third party complaint alleges causes of action that are subject to the requirements and procedures of the Contract Disputes Act, 41 U.S.C. § 601 et seq.;

WHEREAS, the United States Court of Federal Claims has exclusive jurisdiction over claims against the United States founded upon any express or implied contract with the United States that is subject to the Contract Disputes Act, see 28 U.S.C. §§ 1346(a)(2) & 1491(a)(1);

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between Nova Casualty Company and the United States Coast Guard, through their counsel, that the third-party complaint filed by Nova Casualty Company against the United States Coast Guard in this matter is hereby dismissed without prejudice, and without costs to either party as against the other.

AGREED TO BY THE PARTIES:

Neil B. Connelly, Esq.
99 Church Street
White Plains, New York 10601
(914) 328-4100

*Attorney for Nova Casualty Company*

By: [signature]
NEIL B. CONNELLY (NC9976)

Dated: October 22, 2004

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11201
(718) 254-7000

*Attorney for United States Coast Guard*

By: [signature]
STEVEN M. WARSHAWSKY (SW5431)
Assistant United States Attorney
(718) 254-6060

Dated: October 22, 2004

Metron Environmental Limited v. Eagle Management Enterprises, Inc., and Nova Casualty Company, Civil Action No. CV-03-1952 (Sifton, J.) (Pollak, M.J.).

Stipulation and Order of Dismissal of Third-Party Complaint.

SO ORDERED this 22 day of October, 2004.

HONORABLE CHARLES P. SIFTON
United States District Judge

| SOLICITATION, OFFER AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DTCGG101B3WK143 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 04/20/2001 | PAGE OF PAGES 1 of 3 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on page 2 must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DTCGG1-01-C-3WK143 | 2401G113WK143 | PSN 01-P4464 |

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO |
|---|---|
| Contracting Officer<br>USCG Civil Engineering Unit Providence<br>Ft. Wadsworth Office<br>311 Battery Road<br>Staten Island, NY 10305 | Same as Block 7. |

| 9. FOR INFORMATION CALL | A. NAME | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* |
|---|---|---|
| | Mr. John O'Boyle | 718-354-4017 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

INTERIOR AND EXTERIOR PAINTING OF U.S. COAST GUARD CONEY ISLAND LIGHT TOWER, BROOKLYN, NY

THIS SOLICITATION IS BEING ISSSUED PURSUANT TO THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM AND IS OPEN TO BOTH LARGE AND SMALL BUSINESS PARTICIPATION (NAICS 235210).

PLEASE REFER TO PAGE 3 CONCERNING GROUP SITE VISITS SCHEDULED FOR 10 MAY AND 17 MAY 2001. I INDIVIDUAL UNESCORTED SITE VISITS SHALL BE PERMITTED.

11. The contractor shall begin performance within 10 calendar days and complete it within 140 calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See Section F )

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES", indicate within how many calendar days after award in Item 12B.)* ☒ YES ☐ NO | 12B. CALENDAR DAYS TEN |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ____ copies to perform the work required are due at the place specified in Item 8 by 2:00 PM *(hour)* local time 05/22/2001 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.



STANDARD FORM 1442 (Rev. 4-
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

OFFER (*Must be fully completed by offeror*)

14. NAME AND ADDRESS OF OFFEROR (*Include ZIP Code*)

EAGLE MANAGEMENT ENT. INC.
22-57 77TH STREET
EAST ELMHURST, NY 11370

DUNS:

CODE FACILITY CODE

15. TELEPHONE NO. (*Include area code*) 718-726-7865

16. REMITTANCE ADDRESS (*Include only if different than Item 14*)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing 60 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶ INSERT BID PRICE IN THE SPACE PROVIDED IN SECTION B ON PAGE 4 OF THIS SOLICITATION

$138,000.00
ONE HUNDRED THIRTY EIGHT THOUSAND AND 00/100 DOLLARS

18. The offeror agrees to furnish any required performance and payment bonds

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (*Type or print*) JOHN VAKALOPOULOS PRESIDENT

20B. SIGNATURE [signature]

20C. OFFER DATE 05/21/2001

AWARD (*To be completed by Government*)

ITEMS ACCEPTED:

LUMP SUM BID

22. AMOUNT $138,000

23. ACCOUNTING AND APPROPRIATION DATA 2/3/101/132/43/0/WK/41920/2553

24. SUBMIT INVOICES TO ADDRESS SHOWN IN (*4 copies unless otherwise specified*) ▶ ITEM 7

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 USC 2304(c) ( ) ☐ 41 USC USC 253(c) ( )

26. ADMINISTERED BY CODE

See Block 7

27. PAYMENT WILL BE MADE BY

COMMANDING OFFICER (0324)
USCG Finance Center
1430A Kristina Way
Chesapeake, VA 23326-0324
For payment inquiries, call: (757)523-6940

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT (*Contractor is required to sign this document and return ______ copies to issuing office.*) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration slated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD (*Contractor is not required to sign this document.*) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (*Type or print*)

30B. SIGNATURE

30C. DATE

31A. NAME OF CONTRACTING OFFICER (*Type or print*) JOHN O'BOYLE

31B. UNITED STATES OF AMERICA BY [signature]

31C. AWARD DATE 6 SEPT 01

ECF

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:03-cv-01952-CPS-CLP

Metron Environmental Limited v. Eagle Management Enterprises, Inc. et al
Assigned to: Senior-Judge Charles P. Sifton
Referred to: Magistrate-Judge Cheryl L. Pollak
Demand: $67000
Cause: 40:270 Miller Act

Date Filed: 04/23/2003
Jury Demand: None
Nature of Suit: 130 Miller Act
Jurisdiction: Federal Question

**Plaintiff**

**Metron Environmental Limited** represented by **Gayle A. Rosen**
Rabinowitz & Galina, Esqs.
94 Willis Avenue
Mineola, NY 11501
516/739-8222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eagle Management Enterprises, Inc.**

**Defendant**

**Nova Casualty Company** represented by **Neil B. Connelly**
Neil B. Connelly, Esq.
99 Church Street
White Plains, NY 10601
914-328-4100
Email:
neil.connelly@verizon.net
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Eagle Management Enterprises, Inc.** | represented by | **Leonard J. Catanzaro**<br>Law Offices of Leonard J. Catanzaro, Esq.<br>434 Broadway<br>Suite 900<br>New York, NY 10013<br>(212 226-1234<br>Fax: 212-226-1392<br>Email: lcatanzarolaw@quicklien.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Nova Casualty Company** | represented by | **Leonard J. Catanzaro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Neil B. Connelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Metron Environmental Limited**

**Counter Claimant**

| | | |
|---|---|---|
| **Eagle Management Enterprises, Inc.** | represented by | **Leonard J. Catanzaro**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

7

**Counter Claimant**

**Nova Casualty Company** represented by **Neil B. Connelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard J. Catanzaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Eagle Management Enterprises, Inc.**

**ThirdParty Plaintiff**

**Nova Casualty Company**

V.

**ThirdParty Defendant**

**United States Coast Guard**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2003 | 1 | COMPLAINT against Eagle Management Enterprises, Inc., Nova Casualty Company ( Filing fee receipt number 9386.) Summons Issued, filed by Metron Environmental Limited. (Attachments: # 1 Civil Cover Sheet)(Bowens, Priscilla) (Entered: 04/25/2003) |
| 06/06/2003 | 2 | SUMMONS Returned Executed by Metron Environmental Limited. Eagle Management Enterprises, Inc. served on 5/7/2003, answer due 5/27/2003; Nova Casualty Company served on 5/21/2003, answer due 6/10/2003. (Jackson, Ramona) (Entered: 06/06/2003) |

| | | |
|---|---|---|
| 06/06/2003 | | ECF registration forms have been mailed to -Gayle A.Rosen, so that all filings may be made electronically.. (Jackson, Ramona) (Entered: 06/06/2003) |
| 07/03/2003 | 3 | Consent to Electronic Case Filing by Plaintiff. (Jackson, Ramona) (Entered: 07/03/2003) |
| 07/30/2003 | 4 | ANSWER to Complaint, COUNTERCLAIM against Metron Environmental Limited by Eagle Management Enterprises, Inc., Nova Casualty Company.(Jackson, Ramona) (Entered: 07/30/2003) |
| 07/30/2003 | | ECF registration forms have been mailed to -Leonard J. Catanzaro-, so that all filings may be made electronically.. (Jackson, Ramona) (Entered: 07/30/2003) |
| 08/08/2003 | 5 | REPLY by Metron Environmental Limited. (Jackson, Ramona) (Entered: 08/08/2003) |
| 08/19/2003 | 6 | ORDER Initial Conference set for 10/2/2003 12:00 PM before Magistrate-Judge Cheryl L. Pollak. Case ECF. Signed by Judge Cheryl L. Pollak on 8/13/03. (Jackson, Ramona) (Entered: 08/19/2003) |
| 10/16/2003 | 7 | ORDER Stip. Conf. adjourned to Oct. 20,2003.. Signed by Judge Cheryl L. Pollak on 10/1/03. (Jackson, Ramona) (Entered: 10/16/2003) |
| 10/30/2003 | 8 | ORDER Conf. adjourned to 10/31/03@ 9:30. On ltr. dtd. 10/17/03 from Leonard J. Catanzaro. (Jackson, Ramona) (Entered: 10/30/2003) |
| 10/31/2003 | 9 | Minute Entry for proceedings held before Cheryl L. Pollak : Initial Conference Hearing held on 10/31/2003. Conf. 2/10/03 @ 10:00. (see document) (Jackson, Ramona) (Entered: 11/06/2003) |
| 11/12/2003 | 10 | AMENDED ANSWER to Counterclaim, COUNTERCLAIM against Eagle Management Enterprises, Inc. by Eagle Management Enterprises, Inc., Nova Casualty Company.(Jackson, Ramona) (Entered: 11/12/2003) |

| | | |
|---|---|---|
| 11/12/2003 | | ECF registration forms have been mailed to -aLL COUNSELS -, so that all filings may be made electronically.. (Jackson, Ramona) (Entered: 11/12/2003) |
| 01/12/2004 | 11 | NOTICE by LEONARD J. CATANZARO for Nova Casualty Company to Withdraw As Counsel. (Jackson, Ramona) (Entered: 01/12/2004) |
| 02/10/2004 | | Case set to ECF status. All civil actions before this Judge are ECF matters. It is MANDATORY that you file all original documents electronically. Please refer to the Judge's Individual Rules. From this point forward, original documents are REQUIRED to be filed electronically. The Judges' Individual Rules of Chambers and further information on ECF may be found at the website for the Eastern District of New York at www.nyed.uscourts.gov. (Jackson, Ramona) (Entered: 02/10/2004) |
| 02/10/2004 | 12 | NOTICE of Appearance by Neil B. Connelly on behalf of Nova Casualty Company (Jackson, Ramona) (Entered: 02/10/2004) |
| 02/10/2004 | | ECF registration forms have been mailed to -All Counsels-, so that all filings may be made electronically.. (Jackson, Ramona) (Entered: 02/10/2004) |
| 02/18/2004 | 14 | Minute Entry for proceedings held before Cheryl L. Pollak : Next conf. 3/1/04 @ 9:00 Status Conference held on 2/18/2004. Conf. at 3/1/04 to address motion to withdraw. Person with authority from Eagle is ordered to appear. (Jackson, Ramona) (Entered: 03/08/2004) |
| 03/01/2004 | 13 | Minute Entry for proceedings held before Cheryl L. Pollak : Status Conference held on 3/1/2004. Counsel withdraws application to withdraw as counsel to pl. Depositions to be compelted by end of May. Conf. for 6/7/04 @ 12:00. (Jackson, Ramona) (Entered: 03/03/2004) |

| | | |
|---|---|---|
| 06/07/2004 | 15 | Minute Entry for proceedings held before Cheryl L. Pollak : Discovery Hearing held on 6/7/2004. Conf. for 7/16/04 @ 9:00 am. (see document) (Jackson, Ramona) (Entered: 06/15/2004) |
| 07/16/2004 | 16 | Minute Entry for Status Terlephone Conf. held before Cheryl L. Pollak : Discovery Hearing held on 7/16/2004. (see document) (Jackson, Ramona) (Entered: 07/27/2004) |
| 08/05/2004 | 17 | ORDER Request GRANTED. On ltr. dtd. 7/22/04 from Neil B. Connelly extension to August 20,2004 to implead Coast Guard.. Signed by Judge Cheryl L. Pollak on 7/22/04. (Jackson, Ramona) (Entered: 08/05/2004) |
| 08/19/2004 | 18 | THIRD PARTY COMPLAINT against United States Coast Guard, filed by Nova Casualty Company.(Connelly, Neil) (Entered: 08/19/2004) |
| 08/19/2004 | 19 | Summons Issued as to United States Coast Guard. (Connelly, Neil) (Entered: 08/19/2004) |
| 10/04/2004 | 20 | SCHEDULING ORDER: A status conference is scheduled for OCTOBER 14, 2004 at 11:00 A.M., before the Honorable Cheryl L. Pollak. Signed by Judge Cheryl L. Pollak on 10/04/04. (Caggiano, Diana) (Entered: 10/04/2004) |
| 10/06/2004 | 21 | Letter from Neil B. Connelly, Esq. to Judge Pollak Regarding Request for Adjournment of Confeence. (Connelly, Neil) (Entered: 10/06/2004) |
| 10/19/2004 | 22 | AFFIDAVIT of Service for Third Party Summons and Complaint *by mail* served on Third party Defendant on 8/20/04, filed by Nova Casualty Company. (Connelly, Neil) (Entered: 10/19/2004) |
| 10/19/2004 | 23 | AFFIDAVIT of Service for Third Party Summons and Complaint *by mail* served on Co-defendant Eagle Management on 8/20/04, filed by Nova Casualty Company. (Connelly, Neil) (Entered: 10/19/2004) |

| | | |
|---|---|---|
| 10/19/2004 | 24 | AFFIDAVIT of Service for Third Party Summons and Complaint *by mail* served on US Attorney on 8/20/04, filed by Nova Casualty Company. (Connelly, Neil) (Entered: 10/19/2004) |
| 10/19/2004 | 25 | AFFIDAVIT of Service for Third Party Summons and Complaint *by mail* served on US Dept of Justice on 8/20/04, filed by Nova Casualty Company. (Connelly, Neil) (Entered: 10/19/2004) |
| 10/19/2004 | 26 | AFFIDAVIT of Service for Third Party Summons and Complaint *by mail* served on Plaintiff on 8/20/04, filed by Nova Casualty Company. (Connelly, Neil) (Entered: 10/19/2004) |
| 10/22/2004 | 27 | STIPULATION of Dismissal *between Nova Casualty Company and United States Coast Guard dismissing the third-party complaint* by United States Coast Guard. (Warshawsky, Steven) (Entered: 10/22/2004) |
| 10/26/2004 | 28 | Letter from Neil B. Connelly, Esq. to Judge Pollak Regarding Dismissal of 3rd party action. (Connelly, Neil) (Entered: 10/26/2004) |
| 11/05/2004 | 29 | STIPULATION AND ORDER of Dismissal of THIRD PARTY COMPLAINT.. Signed by Judge Charles P. Sifton on 10/28/04. (Jackson, Ramona) (Entered: 11/05/2004) |
| 11/24/2004 | 30 | ORDER Request GRANTED. Conf. adjourned to 12/9/04 @ 12:00 On ltr. dtd. 1/22/04 from Lina S. Krivyan. (Jackson, Ramona) (Entered: 11/24/2004) |
| 12/09/2004 | 31 | Minute Entry for proceedings held before Cheryl L. Pollak : Status Conference held on 12/9/2004. Next conf. 2/16/05 @ 10:30. (see document) (Jackson, Ramona) (Entered: 12/14/2004) |
| 02/16/2005 | 32 | MINUTE ENTRY for Status Conference proceeding held before MJ Cheryl L. Pollak on 2/16/2005. Mr. Cantanzaro fails to appear. Since all depositions were ordered to be completed by today's conference, |

| | | |
|---|---|---|
| | | discovery should be completed by FEBRUARY 28, 2005. Telephone Conference set for 3/1/05 @ 9:00 AM. (Pollak, Cheryl) (Entered: 02/16/2005) |
| 02/28/2005 | 33 | Letter from Leonard J. Catanzaro to Hon. Pollak Regarding Extension of discovery. (Catanzaro, Leonard) (Entered: 02/28/2005) |
| 03/02/2005 | 34 | MINUTE ENTRY for Telephone Conference proceeding held before MJ Cheryl L. Pollak held on 3/2/2005. Defendant's counsel's request for 2 week extension to complete depositions is granted. This is the LAST extension. If deposition do not occur, an order of preclusion may enter.(Caggiano, Diana) (Entered: 03/02/2005) |


## PACER Service Center

### Transaction Receipt

03/04/2005 14:17:08

| | | | |
|---|---|---|---|
| **PACER Login:** | dj0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-01952-CPS-CLP |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |