U.S. Department
of Transportation

United States
Coast Guard

Contracting Officer
United States Coast Guard
Civil Eng. Unit/Providence

311 Battery Road
Staten Island, NY 10305
Staff Symbol:
Phone: ( 718 ) 354-4017
FAX: ( 718 ) 354-4385

4330
01/14/03

Eagle Management Enterprises Inc.
21-33 72nd Street
East Elmhurst, NY 11370

Re: Contract DTCGG1-01-C-3WK143
Interior & Exterior Painting of USCG
Coney Island Light

Gentlemen:

Please be advised that the exterior painting work has been completed satisfactorily and you may proceed with the removal of the scaffolding. You are reminded that interior work and outside concrete work is still outstanding. You are requested to furnish a schedule showing when you intend to complete each of the outstanding items including the repair of the fence, clean-up and the restoration of the soil and grass.

An advance copy of this letter is being faxed to you this date at 718-721-2372.

Sincerely,

JOHN O'BOYLE
CONTRACTING OFFICER