U.S. Department of Homeland Security

United States Coast Guard

Contracting Officer
United States Coast Guard
Civil Eng. Unit/Providence

311 Battery Road
Staten Island, NY 10305
Staff Symbol:
Phone: ( 718 ) 354-4017
FAX: ( 718 ) 354-4365

VIA CERTIFIED MAIL #P373077221
RETURN RECEIPT REQUESTED

4330
10/08/04

COPY

Nova Casualty Co.
180 Oak Street
Buffalo, NY 14203

RE: Contract DTCGG1-01-C-3WK143
Interior & Exterior Painting of USCG
Coney Island Light, Brooklyn, NY

Gentlemen:

Please be advised that on 23 September 2004 the U.S. Coast Guard awarded a contract in the amount of $22,805 to Verrazano Contracting Co. Inc. of Brooklyn, NY for the painting of Coney Island Light. The purpose of this contract is to correct the deficient work originally performed by Eagle Management Enterprises Inc. who failed to respond to several requests and demands by the Coast Guard to correct the deficiencies. Upon completion of the Verrazano contract, the Coast Guard will make a claim for the excess procurement costs against Eagle Management as well as the Performance Bond surety, Nova Casualty Co.

Under cover of a separate letter this date, Mr. Leonard Catanzaro, Attorney for Eagle Management Enterprises is also being apprised of this reprocurement contract award.

Sincerely,

JOHN O'BOYLE
CONTRACTING OFFICER

Cc: Via Certified Mail #P373077183
The Law Office of Neil Connolly
99 Church Street
White Plains, NY 10601