U.S. Department of Homeland Security
United States Coast Guard

Contracting Officer
United States Coast Guard
Civil Eng. Unit/Providence

311 Battery Road
Staten Island, NY 10305
Staff Symbol:
Phone: ( 718 ) 354-4017
FAX: ( 718 ) 354-4365

VIA CERTIFIED MAIL #P373077076
REURN RECEIPT REQUESTED

4330
11/26/04

The Law Office of Neil B. Connelly
99 Church Street
White Plains, NY 10601

RE: Contract DTCGG1-01-C-3WK143
Eagle Management Enterprises
Interior & Exterior Painting of USCG
Coney Island Light, Brooklyn, NY

Dear Mr. Connelly:

Receipt is acknowledged of your letter dated 18 November 2004.

The unpaid funds remaining in the Eagle Management Enterprises contract is $5,373. Prior to the award of the reprocurement contract for the correction of the defective work it was my belief that there were $30,676.50 left unpaid in the Eagle contract. It was my intent to utilize these funds to fund the reprocurement contract with Verrazano Contracting Co. Inc. At that time however, I was advised that there were only $5,373 left in the contract and I subsequently discovered that the Coast Guard Finance Center in Chesapeake, VA erroneously made an additional payment to Eagle in the amount of $25303.50 in July 2003 without my authorization. I made a written demand for the return of these funds to Eagle Management Enterprises Inc. as well as to their attorney. No response was received to that demand from either party.

The reprocurement contract has been completed and I expect to make final payment next week. After the final payment I will make a demand from the contractor for excess out of pocket reprocurement costs in the amount of $22,245.05 computed as follows:

| | |
|---|---|
| Verrazano Contract Amount | $23,898.50 |
| A/E Inspection Costs | 3,720.00 |
| | $27,618.05 |
| Less: Unpaid Contract Balance | 5,373.00 |
| | $22,245.05 |

Should Eagle Management Enterprises Inc. not comply with this demand, the Coast Guard will look to the surety for satisfaction under the terms of Eagle's Performance Bond.

The discrepancies in the painting and concrete work were initially noted in June 2003. There is extensive correspondence in the file including promises by Eagle to correct the defective work. These promises were unfulfilled because it is my understanding that the subcontractor who actually performed the work was not paid anything despite the fact that Eagle was paid approximately $133K out of a $138K contract price. I believe the attached photos taking before and after the corrective work was performed, accurately demonstrate the defective contract work. Please note the two tone and blotchy condition of the paint job. The Coast Guard surmises that in the process of taking down the scaffolding, the subcontractor performed "touch ups" with either contaminated paint or paint of a different color.

The following photos are attached showing the condition of the structure before the corrective work was performed:

| | | | |
|---|---|---|---|
| 757F | 758S | 768S | 010F |
| 763S | 760S | 769S | 08F |
| 761S | 765S | 770S | 07F |
| 764S | 766S | 004F | |
| 759S | 767S | 003F | |

The following attached photos depict the condition of the structure after the completion of corrective work by Verrazano Contracting co. Inc.

| | | |
|---|---|---|
| 776S | 775S | 771S |
| 772S | 772S | 774S |

Also attached is a copy of the specification with addendum showing the extent of the corrective work performed.

Sincerely,

JOHN O'BOYLE
CONTRACTING OFFICER

Encl: (1) Photos (As Stated)
(2) Specification w/Addendum