U.S. Department of
Homeland Security

United States
Coast Guard

Contracting Officer
United States Coast Guard
Civil Eng. Unit/Providence

311 Battery Road
Staten Island, NY 10305
Staff Symbol:
Phone: ( 718 ) 354-4017
FAX: ( 718 ) 354-4365

VIA FEDERAL EXPRESS
AIRBILL #850425694766

4330
02/14/05

Eagle Management Enterprises, Inc.
Attn: Mr. John Vakalopoulos
21-33 72nd Street
East Elmhurst, NY 11370

RE: Contract DTCGG1-01-C-3WK143
Interior & Exterior Painting of USCG
Coney Island Light, Brooklyn, NY

## CONTRACTING OFFICER'S FINAL DECISION

Gentlemen:

The subject contract was awarded to your firm on 6 September 2001 in the amount of $138,000. The project included the removal of the existing lead paint from the exterior and interior surfaces, the repainting of the interior and exterior surfaces, the rehabilitation of the existing entrance door at the base of the light tower and the repair of the concrete pedestal around the perimeter of the base at USCG Coney Island Light, Brooklyn, NY. The contract required that you complete all work within one hundred forty (140) calendar days after receipt of the Notice to Proceed which was issued to you at the 5 February 2002 Pre-Construction Conference. The contract completion date was 25 June 2002.

## FINDING OF FACTS

1) Under cover of a Final Decision dated 17 February 2004 (a copy of which is attached), you were advised that because of your failure to correct deficiencies in your contract performance, the Coast Guard would have the repairs corrected by others with the associated costs charged to your account and/or the account of your surety.

2) The two contract clauses which are pertinent and which address your responsibility to perform corrective work are the clauses entitled "Inspection of Construction' (FAR 52.246-12) and "Warranty of Construction" (FAR 52.246-21). These clauses are incorporated by reference on page 11 of the contract. The Inspection clause provides that in the event that a contractor does

not correct rejected work, the Government may correct the work by contract or otherwise with the associated costs charged to the Contractor. Similarly, the Warranty clause provides that if a Contractor fails to correct any defect within the one year warranty period after being given a reasonable time to do so, the Government has the right to repair the defective work at the Contractor's expense.

3) The Coast Guard solicited competitive proposals for the performance of the corrective work and on 23 September 2004 the Coast Guard awarded a contract to Verrazano Contracting Co. Inc. to perform the corrective work. On or about 1 December 2004 final payment was to Verrazano Contracting Co. Inc. in the amount of $23,898.50.

4) To date there have been five partial payments made against the subject contract in the net amount of $132,627 leaving a contract balance of $5,373.

## DETERMINATION

Because of your failure to perform the corrective work outlined in previous correspondence as well as the 17 February 2004 Final Decision, the Coast Guard solicited competitive proposals to perform the work. The unpaid funds remaining in your contract were not sufficient to pay for the corrective work. It is therefore my Final Decision that you and/or your surety are responsible for the additional costs incurred in the completion of this project in the amount of $22,245.05 computed as follows:

| | |
|---|---|
| Verrazano Contract Amount | $23,898.50 |
| A/E Inspection Costs | 3,720.00 |
| | $27,618.05 |
| Less: Unpaid Contract Balance | 5,373.00 |
| | $22,245.05 |

In accordance with this Final Decision you are hereby directed to forward a check to me made payable to "U.S. Coast Guard" in the amount of $22,245.05. The check may be mailed to my attention at the above address. Payment shall be due no later than 17 March 2005.

This is the Final Decision of the Contracting Officer. You may appeal this decision to the Department of Transportation Board of Contract Appeals, 400 Seventh Street, S.W., Washington, D.C. 20590. If you decide to appeal, you must, within (90) days from the date you receive the decision, mail or otherwise furnish written notice to the Board of Contract Appeals and provide a copy to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract number. Instead of appealing to the Board of Contract Appeals, you may bring an action directly to the U.S. Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. Section 603 regarding Maritime Contracts) within 12 months of the date you receive this decision. If you appeal to the of Board of Contract Appeals, you may, solely at your election,

proceed under the Board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less.

Because of your failure to accept previous correspondence from the Coast Guard, copies of this letter are also being furnished to your attorney, your surety and your surety's attorney as indicated below.

Sincerely,

JOHN O'BOYLE
CONTRACTING OFFICER

Encl: (1) Contracting Officer's Final Decision dated 17 February 2004 (copy)

CC: VIA Federal Express Airbill #850425695214
Nova Casualty Co.
180 Oak St.
Buffalo, NY 14203

VIA Federal Express Airbill #850425695177
The Law Office of Neil B. Connelly
99 Church Street
White Plains, NY 10601

VIA Federal Express Airbill #850425695188
Mr. Leonard J. Catanzaro
434 Broadway, Suite 900
New York, NY 10013