IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NOVA CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1665C<br>(Judge Lettow) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including May 13, 2005, within which to file its response to the amended complaint. Defendant also respectfully requests an 18-day enlargement of time, to and including May 13, 2005, within which to file its reply in support of its motion to dismiss. Defendant's response to the amended complaint is currently due on April 22, 2005. Defendant's reply in support of its motion to dismiss is currently due on April 25, 2005. This is defendant's first request for an enlargement of time for these purposes. Counsel for plaintiff has represented that he does not oppose an enlargement of time to file our response to the amended complaint, but he does oppose an enlargement of time to file our reply in support of our motion to dismiss.

Both enlargements are necessary because the undersigned counsel of record has been busy preparing a motion for summary affirmance in the case of Browne v. Department of Veterans Affairs, Fed. Cir. No. 05-7110, which was due on April 18, 2005; a formal brief in the case of Roberto v. Department of the Navy, Fed. Cir. No. 05-3043, which is due on April 26, 2005; and a formal brief in the case of Long Lane LP v. General Services Administration, Fed. Cir. No. 05-1036, which is due on May 9, 2005. The undersigned counsel of record also has an oral argument scheduled before the court of appeals on May 5, 2005, in the case of Holloway v. United States, Fed. Cir. No. 04-5103. Additionally, this enlargement is requested because plaintiff's amended complaint and response in opposition to our motion to dismiss raise new issues that require further consultation with agency counsel and research.

For the foregoing reasons, the defendant respectfully requests that the Court grant this motion for an enlargement of time of 21 days, to and including May 13, 2005, to respond to the amended complaint and an enlargement of time of 18 days, to and including May 13, 2005, to file our reply in support of our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 307-1011

OF COUNSEL:

ISAAC JOHNSON, JR.
Attorney
Office of Procurement Law
United States Coast Guard
2100 2nd Street, S.W.
Washington, DC 20593-0001

electronically filed
April 21, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad