IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------------------------------------X

NOVA CASUALTY COMPANY,

Plaintiff,

No. 04-1665C

**(JUDGE LETTOW)**

-against-

THE UNITED STATES,

Defendant.

Electronically Filed
April 21, 2005

---------------------------------------------------------------------X

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

For purposes of clarity, plaintiff Nova Casualty Company submits this response to the motion for enlargement of time filed by defendant, the United States of America. On two previous occasions, defendant's counsel has requested consent from the undersigned for enlargements of time for the purpose of responding to the plaintiff's complaint. On both occasions, consent was freely granted. The defendant's counsel recently requested the undersigned's consent to an enlargement of time to respond to the plaintiff's amended complaint, and to reply to plaintiff's opposition to defendant's motion to dismiss plaintiff's complaint. The plaintiff does not oppose an enlargement of time to reply to plaintiff's opposition to defendant's motion to dismiss the plaintiff's complaint. However, plaintiff consents to an enlargement of time for the purpose of answering the amended complaint, only. The plaintiff wishes to proceed to the merits of its claim against the defendant, and opposes the enlargement of time that will only be used to avoid answering on the merits.

Respectfully submitted,

s/ Neil B. Connelly

Neil B. Connelly, Esq.
Attorney for Plaintiff
99 Church Street, 4th Floor
White Plains, New York 10601
914-328-4100
Fax 914-684-0401

Electronically filed: April 21, 2005.

CERIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2005, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically with the U.S. Court of Federal Claims. I understand that notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/ Neil B. Connelly