IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: April 21, 2005)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Enlargement of Time, filed on April 21, 2005. Defendant's response to plaintiff's amended complaint is currently due on or before April 22, 2005, and its reply in support of its motion to dismiss is currently due on or before April 25, 2005. Defendant seeks an additional 21 days in which to file its response to the amended complaint and an additional 18 days in which to file its reply. In Plaintiff's Response to Defendant's Motion for Enlargement of Time, also filed on April 21, 2005, it consented to an enlargement of time "for the purpose of answering the amended complaint, only."

For good cause shown, defendant's motion for enlargement is GRANTED. Defendant shall file its response to plaintiff's amended complaint on or before May 20, 2005. Defendant's reply in support of its motion to dismiss shall also be filed on or before May 20, 2005. In its reply, defendant shall address the extent to which its original motion to dismiss remains viable in light of the plaintiff's amended complaint. Given the new matter to be addressed in defendant's reply, plaintiff is hereby granted leave to file a rebuttal to defendant's reply, with that rebuttal to be submitted on or before June 17, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge