| CLAIM NO. | NAME INSURED | CHECK NO. |
|---|---|---|
| 4800090220 | EAGLE MANAGEMENT ENTERPRI | D 0088985 |
| POLICY NO. | NATURE OF PAYMENT | |
| NYCB13271 | PAYMENT | |
| DATE ISSUED | NAME OF CLAIMANT | DATE ACC/LOSS |
| 04/27/05 | #EAGLE MANAGEMENT ENTERPR | 09/11/02 |

NOVA
NOVA CASUALTY COMPANY
180 OAK STREET
BUFFALO, NEW YORK 14203

50-682/213

0000088985

60

MNY14158

HSBC BANK USA
ONE HSBC CENTER
BUFFALO NY 14203

Pay FIFTY THOUSAND 00/100 ******************************************

***50,000.00

Claims Account
Void 6 Months From Date Of Issue

To the order of
HARSCO CORPORATION
C/O NEIL CONNELLY, ESQ.
99 CHURCH STREET
WHITE PLAINS NY 10601

AUTHORIZED SIGNATURES

⑈088985⑈ ⑆021306822⑆ 797⑈01031⑈9⑈