# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2005, a copy of the "PLAINTIFF'S REBUTTAL TO DEFENDANT'S MOTION TO DISMISS" was electronically filed with the U.S. Court of Federal Claims. I understand that notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/ Neil B. Connelly