IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: July 18, 2005)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are the defendant's motions to dismiss plaintiff's complaint and amended complaint. A hearing on these motions shall be held on July 27, 2005, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge