IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: July 27, 2005)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

A hearing on the government's motions to dismiss was held on July 27, 2005. At that hearing, the court requested that the parties file certain supplemental materials with the court, via a joint submission if possible, including the "prime contract" between Eagle Management and the United States Coast Guard, the payment bond(s) at issue, the cure notice, and any other materials that parties may deem helpful to the court. The parties shall file these supplemental materials on or before August 17, 2005.

In addition, the plaintiff shall file a supplemental brief on or before September 23, 2005, reporting on the status of *United States of America ex rel Metron Environmental Limited v. Eagle Management Enterprises and Nova Casualty Company*, Civil Action No. CV-03-1952 in the United States District Court for the Eastern District of New York, and addressing how developments in that case affect plaintiff's argument. The government shall file a supplemental responsive brief on or before October 4, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge