IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NOVA CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1665C<br>(Judge Lettow) |

JOINT FILING OF SUPPLEMENTAL
MATERIALS PURSUANT TO JULY 27, 2005 COURT ORDER

Pursuant to the Court's order dated July 27, 2005, the parties respectfully submit the following supplemental materials: the prime contract between Eagle Management and the United States Coast Guard, the payment bond executed September 12, 2001, and the cure notice, dated November 18, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Neil B. Connelly
NEIL B. CONNELLY
99 Church Street
White Plains, NY 10601
Tel: (914) 328-4100
Fax: (914) 684-0401

Attorney for Plaintiff

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

OF COUNSEL:

ISAAC JOHNSON, JR.
Attorney
Office of Procurement Law
United States Coast Guard
2100 2nd Street, S.W.
Washington, D.C. 20593-0001

Attorneys for Defendant

electronically filed,
August 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2005, a copy of the foregoing "JOINT FILING OF SUPPLEMENTAL MATERIALS PURSUANT TO JULY 27, 2005 COURT ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad

# INDEX TO JOINT FILING OF SUPPLEMENTAL MATERIALS

Description — Page

Prime Contract between Eagle Management and United States Coast Guard . . . . . . . . . . . . . . . . . . . 1

Payment Bond . . . . . . . . . . . . . . . . . . . . . . . . 37

Cure Notice . . . . . . . . . . . . . . . . . . . . . . . . 43