**SOLICITATION, OFFER AND AWARD**
(Construction, Alteration, or Repair)

| | |
|---|---|
| 1. SOLICITATION NO. | DTCGG101B3WK143 |
| 2. TYPE OF SOLICITATION | ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) |
| 3. DATE ISSUED | 04/20/2001 |
| PAGE OF PAGES | 1 of |

IMPORTANT - The "offer" section on page 2 must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DTCGG1-01-C-3WK143 | 2401G113WK143 | PSN 01-P4464 |

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO |
|---|---|
| Contracting Officer<br>USCG Civil Engineering Unit Providence<br>Ft. Wadsworth Office<br>311 Battery Road<br>Staten Island, NY 10305 | Same as Block 7. |

| 9. FOR INFORMATION CALL | A. NAME | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* |
|---|---|---|
| | Mr. John O'Boyle | 718-354-4017 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

INTERIOR AND EXTERIOR PAINTING OF U.S. COAST GUARD CONEY ISLAND LIGHT TOWER, BROOKLYN, NY

THIS SOLICITATION IS BEING ISSSUED PURSUANT TO THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM AND IS OPEN TO BOTH LARGE AND SMALL BUSINESS PARTICIPATION (NAICS 235210).

PLEASE REFER TO PAGE 3 CONCERNING GROUP SITE VISITS SCHEDULED FOR 10 MAY AND 17 MAY 2001. N INDIVIDUAL UNESCORTED SITE VISITS SHALL BE PERMITTED.

11. The contractor shall begin performance within 10 calendar days and complete it within 140 calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See Section F )

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES", indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| ☒ YES ☐ NO | TEN |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ____ copies to perform the work required are due at the place specified in Item 8 by 2:00 PM *(hour)* local time 05/22/2001 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

OFFER (*Must be fully completed by offeror*)

14. NAME AND ADDRESS OF OFFEROR (*Include ZIP Code*)

EAGLE MANAGEMENT ENT. INC.
22-57 77TH STREET
EAST ELMHURST, NY 11370

DUNS:

CODE FACILITY CODE

15. TELEPHONE NO. (*Include area code*)

718-726-7865

16. REMITTANCE ADDRESS (*Include only if different than Item 14*)

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing 60 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶

INSERT BID PRICE IN THE SPACE PROVIDED IN SECTION B ON PAGE 4 OF THIS SOLICITATION

$138,000.00

ONE HUNDRED THIRTY EIGHT THOUSAND AND 00/100 DOLLARS

18. The offeror agrees to furnish any required performance and payment bonds

19. ACKNOWLEDGMENT OF AMENDMENTS

(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (*Type or print*)

JOHN VAKALOPOULOS PRESIDENT

20B. SIGNATURE

[signature]

20C. OFFER DATE

05/21/2001

AWARD (*To be completed by Government*)

21. ITEMS ACCEPTED:

LUMP SUM BID

22. AMOUNT

$138,000

23. ACCOUNTING AND APPROPRIATION DATA

2/3/101/132/43/0/WK/41920/2553

24. SUBMIT INVOICES TO ADDRESS SHOWN IN (*4 copies unless otherwise specified*) ▶ ITEM 7

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 USC 2304(c) ( ) ☐ 41 USC USC 253(c) ( )

26. ADMINISTERED BY CODE

See Block 7

27. PAYMENT WILL BE MADE BY

COMMANDING OFFICER (0324)
USCG Finance Center
1430A Kristina Way
Chesapeake, VA 23326-0324
For payment inquiries, call: (757)523-6940

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT (*Contractor is required to sign this document and return _____ copies to issuing office.*)

Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration slated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD (*Contractor is not required to sign this document.*)

Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (*Type or print*)

30B. SIGNATURE

30C. DATE

31A. NAME OF CONTRACTING OFFICER (*Type or print*)

JOHN O'BOYLE

31B. UNITED STATES OF AMERICA

BY [signature]

31C. AWARD DATE

6 SEPT 01

## SECTION A
## SOLICITATION/CONTRACT FORM

TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | **PART I - THE SCHEDULE** | |
| X | A | SOLICITATION/CONTRACT FORM | 1-3 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | 4 |
| | D | PACKAGING AND MARKING | 4 |
| X | E | INSPECTION AND ACCEPTANCE | 5 |
| X | F | DELIVERIES OR PERFORMANCE | 5 |
| X | G | CONTRACT ADMINISTRATION DATA | 5-6 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 6-8 |
| | | **PART II - CONTRACT CLAUSES** | |
| X | I | CONTRACT CLAUSES | 9-21 |
| | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | J | LIST OF ATTACHMENTS | 22 |
| | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 22-32 |
| X | L | INST., CONDITIONS, AND NOTICES TO OFFERORS | 32-36 |
| X | M | EVALUATION FACTORS FOR AWARD | 36 |


## <u>SITE VISITS</u>

**Group site visits will be held on Thursday 10 May and 17 May 2001. Interested parties are requested to assemble at 10:00 AM at the Surf Avenue entrance to Seagate Village and meet the Coast Guard Inspector, Mr. Tom Johnson who will escort visitors to the Light Tower. Private vehicles are permitted. These two dates will be the only opportunities for potential bidders to view the site. NO PRIVATE VIEWINGS WILL BE PERMITTED AND ACCESS SHALL BE DENIED AT ALL OTHER TIMES.**

Case 1:04-cv-01665-CFL Document 20-2 Filed 08/15/2005 Page 4 of 14

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

Furnish all labor, material and equipment necessary to perform lead paint removal, prepare and paint all previously painted exterior and interior surfaces at U.S. Coast Guard Coney Island Light Tower, Brooklyn, NY in accordance with the plans and specifications listed in Sections C and J of this solicitation. The tower is approximately 71 feet high and is located in the southwest corner of Kings County (Brooklyn) New York and is located in the private community of Seagate Village. The work also includes the removal of a two leaf steel entry door to an off-site location for surface blasting and reconstruction, the replacement of the concrete ground slab, repair of the concrete support pedestal and miscellaneous associated work.

Lump Sum Bid $ 138,000.00

ONE HUNDRED THIRTY EIGHT THOUSAND AND 00/100 DOLLS

## SECTION C
## DESCRIPTION/SPECIFICATION/WORK STATEMENT

All work shall be performed in accordance with the following documents which are attached:

1. SPECIFICATIONS FOR **PAINT LIGHT TOWER** (PSN 01-P4464) AT United States Coast Guard Coney Island Light Station, Brooklyn, New York
2. Coast Guard Drawing P001266 (Sheets 1 thru 3 of 3)
3. General Decision Number NY010003 w/Modifications #1 thru #3
4. Northeast Environmental Testing Laboratory Inc. Lead Report dated 14 September 2000 (1 sheet)

## SECTION D
## PACKAGING AND MARKING

This section is not applicable.

## SECTION E
## INSPECTION AND ACCEPTANCE

This section is not applicable.

## SECTION F
## DELIVERIES OR PERFORMANCE

### F.1 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (FAR 52.211-10) (APR 1984)

The Contractor shall be required to (a) commence work under this contract within **Ten (10) calendar days** after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the work ready for use not later than **One Hundred Forty (140) calendar days** after the date the Contractor receives the notice to proceed. The time stated for completion shall include final cleanup of the premises.

### F.2 CONTRACT TIME NOTICE TO PROCEED

(a) Provided the contract is not terminated pursuant to paragraph (c) of FAR 52.228-1, "Bid Guarantee," if, in the opinion of the Contracting Officer, the Contractor's delay in executing formal contract documents or furnishing performance or payment bonds causes a delay in the issuance of the notice to proceed, the time to complete the work as specified in the contract, may be reduced to reflect such delay.

(b) The Contractor shall perform no work under this contract until the required contract documents and bonds have been furnished. Thereafter, work at other than the contract site may be undertaken. The Contractor shall perform no work at the contract site except pursuant to a notice to proceed given by the Contracting Officer.

(c) Notice to proceed may be issued by the Government at its convenience. Any right of the contractor to a price adjustment because of unreasonable delay on the part of the Government in issuing notice to proceed shall be determined in accordance with the clause titled "Suspension of Work."

### F.3 PERFORMANCE OF WORK BY THE CONTRACTOR (FAR 52.236-1) (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least **Fifty percent** (50%) of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

## SECTION G
## CONTRACT ADMINISTRATION DATA

### G.1 ADDRESS TO MAIL PAYMENTS

Bidders desiring payments to be mailed to an address different from the address shown in Block 14, SF 1442 shall

insert such address below:

_______________________________(Company Name)
_______________________________(Street Address)
_______________________________(City, County, State, Zip Code)

## G.2 INVOICING REQUIREMENTS (FIRM FIXED-PRICE)

(a) Invoices shall be prepared and submitted in accordance with the provisions of clause 52.232-27, "Prompt Payment for Construction Contracts."
(b) Invoices, in original and one copy, shall be submitted to the address in G.3 below.
(c) Payments will not be made more frequently than once per month.
(d) Invoices must identify contractor's tax identification number.
(e) The following information must be included in each request for progress payment:

(i) A listing of the amount included for work performed by each subcontractor under the contract.
(ii) A listing of the total amount of each subcontract under the contract.
(iii) A listing of the amounts previously paid each subcontractor under the contract.

## G.3 CONTRACT ADMINISTRATION

This contract will be administered by the Contracting Officer, U.S. Coast Guard, Civil Engineering Unit/Providence (Ft. Wadsworth Office) All matters related to the performance of this contract, and all correspondence, shall be coordinated with and directed to the Contracting Officer at:

USCG, CEU Providence
Ft. Wadsworth Office
Attn: Contracting Officer
311 Battery Road.
Staten Island, NY 10305
(718) 354-4017

# SECTION H
# SPECIAL CONTRACT REQUIREMENTS

## H.1 ADDITIONAL BOND SECURITY (FAR 52.228-2) (OCT 1997)

The contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if --

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government;

(b) Any surety fails to furnish reports on its financial condition as required by the Government;

Case 1:04-cv-01665-CFL Document 20-2 Filed 08/15/2005 Page 7 of 14

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer; or

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of the period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting Officer has the right to immediately draw on the ILC.

## H.2 INSURANCE - WORK ON A GOVERNMENT INSTALLATION (FAR 52.228-5) (JAN 1997)

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribed or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require sub-contractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

## H.3 REQUIREMENT FOR INSURANCE

In accordance with the provisions of FAR Clause 52.228-5, "Insurance - Work on a Government Installation," the Contractor shall furnish to the Contracting Officer a certificate of insurance, identified by contract number, as evidence of the existence of the following minimum insurance coverages.

| Type of Accident | Coverage Per Person | Per Accident | Property |
|---|---|---|---|
| Comprehensive | | | |
| General Liability | | $500,000 | |
| Automobile Liability | $200,000 | $500,000 | $20,000 |

Workmen's Compensation--As required by Federal and State Law.

Full insurance coverage in accordance with the U.S. Longshoremen's and Harbor Worker's Compensation Act, 33 USC 901 et seq will be required when a specific project involves operations in or on piers or waterways. All insurance policies shall provide for notice of cancellation and shall be given to the Contracting Officer not less than 30 days before the effective date of such cancellation, and the certificates of insurance shall indicate that the above provision has been included.

*******************************************************************************

A certificate of insurance must be presented to the Contracting Officer within ten (10) calendar days after award of the contract.

**H.4 SUBCONTRACT DATA**

The Contractor shall submit an executed Statement and Acknowledgement (Standard Form 1413), to the Contracting Officer for every subcontractor (including every subcontractor of the second or lower tier) that will be performing work at the construction site. **This shall be done before the subcontractor begins work.** This form provides an acknowledgement by the subcontractor that mandatory "flow-down" contract clauses have been included in his/her contract in accordance with Clause 52.222-11. A copy of Form SF 1413 will be given to the Contractor at time of award. Completing this form creates no contractual relationship between the subcontractor and the Government.

**H.5 NOTIFICATION OF MILLER ACT PAYMENT BOND PROTECTION (USCG) (1252.228-90) (OCT 1994)**

This notice clause shall be inserted by first tier subcontractors in all their subcontracts and shall contain the surety which has provided the payment bond under the prime contract.

(a) The prime contract is subject to the Miller Act (40 USC 270), under which the prime contractor has obtained a payment bond. This payment bond may provide certain unpaid employees, suppliers, and subcontractors a right to sue the bonding surety under the Miller Act for amounts owed for work performed and materials delivered under the prime contract.

(b) Persons believing that they have legal remedies under the Miller Act should consult their legal advisor regarding the proper steps to take to obtain these remedies. This notice clause does not provide any party any rights against the Federal Government, or create any relationship, contractual or otherwise, between the Federal Government and any private party.

(c) The surety which has provided the payment bond under the prime contract is:

______________________________ (Name)
______________________________ (Street Address)
______________________________ (City, State, Zip Code)
______________________________ (Contact and Telephone No.)

**H.6 DISSEMINATION OF CONTRACT INFORMATION (TAR 1252.242-72) (OCT 1994)**

The contractor shall not publish, permit to be published, or distribute for public consumption, any information, oral or written, concerning the results or conclusions made pursuant to the performance of this contract, without the prior written consent of the Contracting Officer. Two copies of any material proposed to be published or distributed shall be submitted to the Contracting Officer.

**H.7 PRICING OF ADJUSTMENTS**

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other provision of this contract such costs shall be in accordance with the contract cost principles and procedures in Federal Acquisition Regulation Part 31.

## SECTION I
## CONTRACT CLAUSES

### I.1 CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: http://www.arnet.gov/far

| | | |
|---|---|---|
| 52.202-1 | Definitions - Alternate I (APR 1984) | MAR 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | AUG 2000 |
| 52.204-4 | Printing or Copied Double-Sided on Recycled Paper | JUN 1996 |
| 52.209-6 | Protecting the Government's Interest when Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.214-29 | Order of Precedence - Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JAN 1999 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-23 | Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (w/Alternate II **(APPLICABLE ONLY TO FIRMS LOCATED IN THE STATES OF CT, IA, KS, MA, ME, MN, MO, NE, NH, ND, RI, SD and VT) Insert an evaluation factor of 10% in para. (b)(1)** | OCT 1999 (OCT 1998)) |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEPT 2000 |
| 52.222-6 | Davis-Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance With Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination - Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | FEB 1999 |
| 52.222-27 | Affirmative Action Compliance Requirements | FEB 1999 |

| | | |
|---|---|---|
| | Construction | |
| 52.222-35 | Affirmative Action for Special Disabled and Vietnam Era Veterans | APR 1998 |
| 52.222-36 | Affirmative Action Disabled Veterans and Veterans of the Vietnam Era | JUN 1998 |
| 52.222-37 | Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era | JAN 1999 |
| 52.223-3 | Hazardous Material Identification and Material Safety Data, alt I (July 1995) | JAN 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | APR 1998 |
| 52.223-6 | Drug-Free Workplace | MAR 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity - Construction Contracts | APR 1984 |
| 52.228-11 | Pledges of Assets | FEB 1992 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.229-3 | Federal, State, and Local Taxes | JAN 1991 |
| 52.229-5 | Taxes-Contracts Performed in U.S. Possessions or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 | Assignment of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts **(a)(1)(i)(A) 30 Days** | MAR 2001 |
| 52.232-33 | Payment by Electronic Funds Transfer - Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes (Alternate I) (Dec 1991) | DEC 1998 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction w/Alternate II: One set of As-Built Drawings Required | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.245-2 | Government Property (Fixed Price Contracts) | DEC 1989 |
| 52.244-[illegible] | Subcontracts | AUG 1998 |

| | | |
|---|---|---|
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.248-3 | Value Engineering - Construction | FEB 2000 |
| 52.249-2 | Termination for Convenience of the Government (Fixed-Price) - Alt I (SEP 1996) | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |

## I.2 BID GUARANTEE (FAR 52.228-1) (SEP 1996) (REQUIRED ONLY IF BID PRICE EXCEEDS $100,000)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The offeror (bidder) shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.

(c) **The amount of the bid guarantee shall be twenty (20%) percent of the "Lump Sum Bid Price" inserted on Page 4 of this solicitation or $3 Million, whichever is less.**

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.

(e) In the event that the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

## I.3 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (FAR 52.222-23) (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows (Kings County):

| | Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|---|
| Electricians | 9.0 to 10.2 | 6.9 |

| | |
|---|---|
| Carpenter 27.6 to 32.0 | " |
| Steam Fitters 22.2 to 31.5 | " |
| Metal Lathers 24.6 to 25.6 | " |
| Painters 23.6 to 25 | " |
| Operating Engineers 23.6 to 25.0 | " |
| Plumber 12.0 to 14.5 | " |
| Iron Workers (Struct) 2.9 to 32.0 | " |
| Elevator Constructors 5.5 to 6.5 | " |
| Bricklayers 13.4 to 15.5 | " |
| Asbestos Workers 22.8 to 28.0 | " |
| Roofers 6.3 to 7.5 | " |
| Iron Workers 22.4 to 23.0 | " |
| Cement Masons 23.0 to 27.0 | " |
| Glaziers 18.0 to 20.0 | " |
| Plasterers 15.8 to 18.0 | " |
| Teamsters 22.0 to 22.5 | " |
| Boilermakers 13.0 to 15.5 | " |
| All Others 16.4 to 17.5 | " |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geo-graphical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4, shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled Affirmative Action Compliance Requirements for Construction, and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance , U.S. Department of Labor within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the -

(1) Name, address, and telephone number of the subcontractor;
(2) Employer's identification number of the subcontractor;
(3) Estimated dollar amount of the subcontract;
(4) Estimated starting and completion dates of the subcontract; and
(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the covered area is Kings County, New York.

NOTE: The district OFCCP office with cognizance over this covered area is:

Regional Director for OFCCP/ESA
U.S. Dept. of Labor
201 Varick Street
New York, NY 10014

## I.4 Estimate of Percentage of Recovered Material Content for EPA-Designated Products (FAR 52.223-9) (Aug 2000)

(a) Definitions. As used in this clause--
"Postconsumer material" means a material or finished product that has served its intended use and has been discarded for disposai or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."
"Recovered material" means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.
(b) The Contractor, on completion of this contract, shall--
(1) Estimate the percentage of the total recovered material used in contract performance, including, if applicable, the percentage of postconsumer material content; and
(2) Submit this estimate to Contracting Officer, U.S. Coast Guard Civil Engineering Unit/Providence, Ft. W worth Office, 311 Battery Road, Staten Isalnd, NY 10305

(End of clause)

Alternate I (Aug 2000). As prescribed in 23.406(b), redesignate paragraph (b) of the basic clause as paragraph (c) and add the following paragraph (b) to the basic clause:
(b) The Contractor shall execute the following certification required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(i)(2)(C)):

CERTIFICATION

I, ________________ (name of certifier), am an officer or employee responsible for the performance of this contract and hereby certify that the percentage of recovered material content for EPA-designated products met the applicable contract specifications.

________________________________________
[Signature of the Officer or Employee]

________________________________________
[Typed Name of the Officer or Employee]

________________________________________
[Title]

________________________________________
[Name of Company, Firm, or Organization]

________________________________________
[Date]

(End of certification)

## I.5 BUY AMERICAN ACT - BALANCE OF PAYMENTS PROGRAM - CONSTRUCTION MATERIALS (FAR 52.225-9) (FEB 2000)

(a) *Definitions*. As used in this clause --

*Component* means any article, material, or supply incorporated directly into construction materials.

*Construction material* means an article, material or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, shall be evaluated as a single and distinct construction material regardless of when or how the individual parts or components of such systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

*Cost of Components* means -- (1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or, (2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

*Domestic construction material* means -- (1) An unmanufactured construction material mined or produced in the United States; or (2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

*Foreign construction material* means a construction material other than a domestic construction material.

*United States* means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) *Domestic Preference*. (1) This clause implements the Buy American Act (41 USC 10a-10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows:

______________________________________________

*(Contracting Officer to list applicable excepted materials or indicate "none")*

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a rticular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient sonably available commercial quantities of a satisfactory quantity.

*r determination of inapplicability of the Buy American Act or Balance of Payments Program.*

Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this