IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: September 20, 2005)

NOVA CASUALTY CO.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

On September 20, 2005, mail from plaintiff's counsel was delivered to chambers setting out information pertinent to this case. The letter that was submitted was dated September 16, 2005. Such correspondence is impermissible under Rule 5 of the Rules of the Court of Federal Claims ("RCFC"). Under RCFC 5(e), the filing of papers with the Court must be made via a submission to the clerk of court. Thus, the papers received by chambers on September 20, 2005 shall be returned to plaintiff and shall remain unfiled.

Under the Court's Order of July 27, 2005, plaintiff is due to file a supplemental brief on or before September 23, 2005, reporting on the status of *United States of America ex rel Metron Environmental Limited v. Eagle Management Enterprises and Nova Casualty Company*, Civil Action No. CV-03-1952, pending in the United States District Court for the Eastern District of New York, and addressing how developments in that case affect plaintiff's posture in this case. The papers submitted improperly via correspondence relate to the *Metron* matter. Counsel for plaintiff is hereby granted leave to append these papers to its supplemental brief when that supplemental brief is filed.

Counsel shall endeavor to comply with the requirements of the Rules of this Court regarding all future filings.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge