IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------------------------------X

NOVA CASUALTY COMPANY,

Plaintiff,

-against-

THE UNITED STATES,

Defendant.

-------------------------------------------------------------------X

No. 04-1665C

**(JUDGE LETTOW)**

Electronically Filed

PLAINTIFF''S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff Nova Casualty Company ("Nova") respectfully requests a 21-day enlargement of time, to and including October 14, 2005, to file a Supplemental Brief on the pending Motion to Dismiss by defendant The United States. The Supplemental Brief is currently due on September 23, 2005. This is plaintiff's first request for an enlargement of time for this purpose. Defendant's counsel was contacted by phone and does not oppose this motion. The time for the filing of defendant's responsive brief, currently due on October 4, 2005, shall be extended for the same 21-day length of time, to October 25, 2005.

This enlargement is requested because the undersigned attorney of record for plaintiff, being the principal of a small law office consisting of the undersigned and an associate, has recently been overwhelmed with a large volume of litigation. In addition, there has been illness in the undersigned's family, including the hospitalization of my wife, and major surgery for my mother-in-law, who has temporarily moved into our home during her recuperation. Finally, I am expecting to receive from defendant's

counsel a list of those cases currently pending in the U.S. Court of Federal Claims in which the same issue of subrogation is being considered. A review of the filings in such cases may assist in limiting the arguments to be submitted to this court in the Supplemental Briefs.

The additional time is necessary to allow sufficient time for the undersigned to review the other pending litigation, and to prepare the plaintiff's Supplemental Brief on the issue of equitable subrogation as it applies to the particular facts in this matter. For the foregoing reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of time of 21 days, to and including October 14, 2005, within which to file the plaintiff's Supplemental Brief, and an enlargement of time of 21 days for the filing of the defendant's Responsive Brief, to and including October 25, 2005.

Respectfully submitted,

s/ Neil B. Connelly

Neil B. Connelly, Esq.
Attorney for Plaintiff
99 Church Street, 4th Floor
White Plains, New York 10601
914-328-4100
Fax 914-684-0401

Electronically filed: September 21, 2005.

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2005, a copy of the within "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was electronically filed with the U.S. Court of Federal Claims. I understand that notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/ Neil B. Connelly