IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: September 22, 2005)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiff's Unopposed Motion for Enlargement of Time, filed on September 21, 2005. Under the Court's Order of July 27, 2005, plaintiff's supplemental brief is currently due on or before September 23, 2005. Plaintiff requests an additional twenty-one days in which to file its supplemental brief. Plaintiff's counsel notes that counsel for defendant does not object to this request.

For good cause shown, defendant's motion for enlargement of time is GRANTED. Plaintiff shall file its supplemental brief on or before October 14, 2005, reporting on the status of *United States of America ex rel Metron Environmental Limited v. Eagle Management Enterprises and Nova Casualty Company*, Civil Action No. CV-03-1952, pending in the United States District Court for the Eastern District of New York, and addressing how developments in that case affect plaintiff's posture in this case. The time for the filing of defendant's responsive brief, currently due on October 4, 2005, shall likewise be extended for twenty-one days. Defendant shall file its responsive brief on or before October 25, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge