IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: February 13, 2006)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are Plaintiff's Motion to Withdraw Complaint, filed February 7, 2006, and Defendant's Response in Opposition to Plaintiff's Motion for Leave to Withdraw, or in the alternative, Motion to Vacate the January 12, 2006 Opinion and Order of this Court, filed February 10, 2006. Pursuant to the court's Opinion and Order of January 12, 2006, a status conference, to be conducted by telephonic means, had been scheduled for March 3, 2006 at 2:00 p.m.

In light of filings cited above, the status conference will be converted to a hearing on the two pending motions. The hearing will still be conducted by telephonic means on March 3, 2006 at 2:00 p.m.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge