IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: March 3, 2006)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are Plaintiff's Motion to Withdraw Complaint, filed February 7, 2006, and Defendant's Response in Opposition to Plaintiff's Motion for Leave to Withdraw, or in the alternative, Motion to Vacate the January 12, 2006 Opinion and Order of this Court, filed February 10, 2006. A hearing was held on both motions on March 3, 2006. For the reasons stated on the record of the hearing, both motions are DENIED.

Defendant's answer to plaintiff's amended complaint is due on or before March 24, 2006. The court also requests that the parties submit a Joint Status Report on or before April 21, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge