IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NOVA CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 04-1665C<br>(Judge Lettow) |

JOINT STATUS REPORT

Pursuant to the Court's order dated March 3, 2006, the parties respectfully submit this joint status report. Plaintiff, Nova Casualty Company ("Nova"), is the surety on a contract between the United States Coast Guard (the "Coast Guard") and Eagle Management Enterprises ("the contractor" or "Eagle Management"). After satisfying the payment bond claims of the subcontractors, Nova brought a claim against the Government for $25,303.50, which it alleged should not have been paid to the contractor in July 2003. In response to the Government's motion to dismiss, this Court found that Nova had stated a viable claim under the Tucker Act and the doctrine of equitable subrogation, to seek approximately $6,700[1] that allegedly should have remained in the contract retainage had the Coast Guard not improperly paid the contractor in July 2003. Nova Cas. Co. v. United States, 69

[1] The Court arrived at this figure by subtracting the amount the Coast Guard paid to have another contractor complete the original contract after Eagle Management failed to do so, from the contract balance before the July 2003 payment was made to Eagle Management. See Nova Cas. Co., 69 Fed. Cl. at 296-97.

Fed. Cl. 284, 299 (2006). Pursuant to this Court's opinion and order of January 12, 2006, the only issue remaining in this case is whether the contracting officer, John O'Boyle, or the Coast Guard, contravened FAR § 52.232-5, 48 C.F.R. § 52.232-5, which was incorporated into the prime contract, by distributing $25,303.50 to Eagle Management in July 2003. See Nova Cas. Co., 69 Fed. Cl. at 298-99.

The parties believe that this remaining issue can be resolved by filing a joint stipulation of facts followed by cross-motions for summary judgment. Accordingly, the parties propose the following course of proceedings: on or before May 19, 2006, the parties will file a joint stipulation of facts; on or before June 30, 2006, the parties will file cross-motions for summary judgment; and, on or before July 28, 2006, the parties will file their responses to the cross-motions for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Neil B. Connelly
NEIL B. CONNELLY
99 Church Street
White Plains, NY 10601
Tel: (914) 328-4100
Fax: (914) 684-0401

Attorney for Plaintiff

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

OF COUNSEL:

ISAAC JOHNSON, JR.
Attorney
Office of Procurement Law
United States Coast Guard

Attorneys for Defendant

electronically filed,
April 21, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad