IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1665C

(Filed: April 24, 2006)

NOVA CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the Joint Status Report, filed April 21, 2006. In the Joint Status Report, the parties submit a proposed briefing schedule to resolve the sole pending issue remaining in the case.

Based on the parties' proposal, the court adopts the following schedule:

| Event | Date |
|---|---|
| Joint Stipulation of Facts | May 19, 2006 |
| Cross-Motions for Judgment on Stipulated Facts | June 30, 2006 |
| Responses to the Cross-Motions for Judgment on Stipulated Facts | July 28, 2006 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge