# In the United States Court of Federal Claims

**No. 04-1665 C**
**E-Filed: October 5, 2006**

**NOVA CASUALTY COMPANY**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed October 5, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $3,058.45. Costs to plaintiff.

[For the purpose of 41 U.S.C. §612(c), the applicable agency is the Department of Homeland Security, United States Coast Guard, Contract No. DTCGG1-01-C-3WK143.]

Brian Bishop
Clerk of Court

October 5, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.