**Heritage Reporting Corporation** *REFERENCE #* 06030300 1

**The transcript of the following hearing held before the United States Court of Federal Claims is now available:**

**Hearing Date:** 3-3-06 **Docket No.:** 04-1665C

**Title of Case:** NOVA Casualty Co. v. U.S.

**To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage Reporting Corporation.**

**Certified transcript (paper) # pages** 20 **x $1.95 = $** 50.00
**(Note: Minimum transcript order is $50.00)**
**Handling and delivery** **+ $ 20.00**

**SUBTOTAL** $70.00

**Additional options available with paper copy order:**

**Disk (List Version______) 20 x $ .50 (Min. Order 50.00) $** 50.00

**Condensed transcript w/key Index** 20 **x $ .75 (Min. 75.00)$** 75.00

**GRAND TOTAL** $195.00

**U.S. DOJ: SIGN AND FAX ORDER TO HERITAGE**
**Voice (202) 628-4888 Fax (202) 371-0935**

HERITAGE REPORTING CORP
1220 L STREET, NW STE 600
WASHINGTON, DC. 20005
202-628-4888

DATE: 03/30/06 09:41:44 AM

RECORD NUMBER: 001
ACCOUNT: 3715448151???002
CARD TYPE: AM/EXPRESS
TRAN TYPE: SALE
AUTH CODE: 104745
CUST-ZIP: 19601

AMOUNT: 110.00

BOTTOM COPY CUSTOMER-TOP COPY MERCHANT

PLEASE IMPRINT CARD
MERCHANT COPY