United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 8, 2007

Neil B. Connelly, Esq.
99 Church Street
4th Floor
White Plains, NY 10601

In re: Nova Casualty Co. v. United States, No. 04-1665C

Dear Mr. Connelly:

I enclose herewith a certified transcript, dated January 3, 2007, pursuant to 28 U.S.C. §2412 providing for the payment of costs taxed in plaintiff's favor in the above-entitled case.

As to the procedure for obtaining payment of these costs, see the enclosed Instruction Sheet.

Very truly yours,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosures

cc: Dawn Suzanne Conrad, Esq.
Department of Justice